AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Narayana Rheiner<br><br>Defendant | Case: 1:22-mj-00046<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 3/1/2022<br>Description: Complaint with Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **Narayana Rheiner**,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: 03/02/2022

Zia M. Faruqui
2022.03.02 16:58:41 -05'00'

*Issuing officer's signature*

City and state:     Washington, D.C.         Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/02/2022, and the person was arrested on *(date)* 03/02/2022
at *(city and state)* Baltimore, Maryland.

Date: 3/3/2022

*Arresting officer's signature*

TerryAnn Burns - Special Agent
*Printed name and title*