UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**       ) | |
|                                     ) | **CRIMINAL CASE NO.: 22-CR-108-DLF** |
| v.                                  ) | |
|                                     ) | |
| **NARAYANA RHEINER,**               ) | |
|             **Defendant.**          ) | |

## NOTICE OF APPEARANCE

Comes now the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that in the above-captioned matter, Brian Morgan notes his appearance, in addition to Assistance United States Attorney Elizabeth Rogers, as an attorney for the Government.

                                          MATTHEW M. GRAVES
                                          UNITED STATES ATTORNEY
                                          D.C. Bar No. 481052

By:      _____/s_____
            Brian Morgan
            Trial Attorney
            N.Y. Bar No. 4276804
            U.S. Department of Justice, Criminal Division
            Detailed to the U.S. Attorney's Office for the
               District of Columbia
            555 Fourth Street, N.W.
            Washington, D.C. 20530
            Phone: (202) 305-3717
            Brian.Morgan@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing NOTICE OF APPEARANCE was filed on this 18th day April 2022, and that a copy will be served on the following, via ECF:

*Counsel for Defendant Narayana Rheiner*
John L. Machado
LAW OFFICE OF JOHN MACHADO