IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )  22-CR-108-DLF |
| NARAYANA RHEINER | ) |
| | )  Judge Friedrich |
| Defendant. | ) |

## UNOPPOSED MOTION FOR CRIMINAL HISTORY REPORT

COMES NOW Narayana Rheiner, through counsel, and respectfully requests for an order directing Court Services and Offender Supervision Agency (CSOSA) to prepare a criminal history report under the United States Sentencing Guidelines in the present matter. As reasons therefor, defendant states as follows:

1. Undersigned counsel entered his appearance in this matter pursuant to the Criminal Justice Act on or about March 4, 2022.

2. At this time, the parties are in the process of preparing a plea and in plea negotiations.

3. It would be helpful for both parties during plea negotiations if Mr. Rheiner's criminal history report under the United States Sentencing Guidelines is calculated by CSOSA and provided to the parties as soon as it is available.

4.   Undersigned counsel has communicated with AUSA Brian Morgan, who has indicated the government does not oppose this motion.

WHEREFORE defendant prays that this court issue an order directing CSOSA to prepare a criminal history report of defendant Narayana Rheiner.

Respectfully submitted,

NARAYANA RHEINER

By Counsel

  /s/ John L. Machado
John L. Machado, Esq.
Bar No. 449961
Counsel for Narayana Rheiner
503 D Street, N.W., Suite 310
Washington, DC 20001
Telephone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 30th day of August, 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Narayana Rheiner
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com