# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | )   **22-CR-108-DLF** |
| **NARAYANA RHEINER** | ) |
| | )   **Judge Friedrich** |
| **Defendant.** | ) |

## ORDER

Upon consideration of the Unopposed Motion for Sentencing Guideline Report filed by Defendant Narayana Rheiner, and good cause having been shown, and there being no opposition from the government; it is therefore on this

_____ day of _____, 2022,

ORDERED that the Unopposed Motion for Criminal History Report is hereby GRANTED; it is also

ORDERED that the Court Services and Offender Supervision Agency (CSOSA) shall prepare a criminal history report under the United States Sentencing Guidelines of Defendant Narayana Rheiner; it is also

ORDERED that CSOSA shall provide the criminal history report to the parties by _____, 2022.

SO ORDERED.

_____
Judge Dabney L. Friedrich
United States District Court