# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-00108-DLF |
| NARAYANA RHEINER, | ) |
| | )  Judge: Friedrich |
| | ) |
| Defendant. | ) Status Date: September 19, 2022 |

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

COMES NOW Narayana Rheiner, through counsel, and requests the continuance of the status hearing currently scheduled for September 19, 2022, and the setting of a new status date approximately fourteen (14) days out. As reasons therefor, defendant states as follows:

1. This matter is currently scheduled for status on September 16, 2022.

2. The parties are still working on discovery issues and are in ongoing plea discussions.

3. The parties wish for the September 16, 2022, hearing to be continued for approximately fourteen (14) days.

4. In addition, Mr. Rheiner waives the time until the next court date to be excluded under the Speedy Trial Act. The parties have been in contact with chambers regarding a new date, and it appears the court and the parties are all available Friday,

1

September 30, 2022, at 1:00 p.m.

5. Undersigned counsel has been on contact with AUSA Brian Morgan, and he does not oppose this motion.

WHEREFORE, the parties jointly request for the status in this matter to be continued for fourteen (14) days.

Respectfully submitted,

NARAYANA RHEINER
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Narayana Rheiner
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 16th day of September, 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Narayana Rheiner
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com