# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) **CRIM NO. 22-CR-00108-DLF** |
| **NARAYANA RHEINER,** | ) |
| | ) **Judge: Friedrich** |
| | ) |
| **Defendant.** | ) Status Date: September 19, 2022 |

## ORDER

**UPON CONSIDERATION** of Defendant Narayana Rheiner's Unopposed Motion to Continue Status Date, and good cause having been shown, and there being no opposition from the government, it is hereby

**ORDERED** that the Unopposed Motion to Continue Status Date is GRANTED. It is also hereby

**ORDERED** that the status date in this matter of September 16, 2022, is VACATED; it is further

**ORDERED** that the status hearing in this mattered is continued until the _____ day of _____, 2022.

**SO ORDERED.**

_____
Dabney L. Friedrich
U.S. District Court Judge

1