CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: CR 22-108 |
| ) | |
| NARAYANA RHEINER ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

/s/ Narayana Rheiner
---
Defendant

/s/ John L. Machado
---
Counsel for Defendant

I consent:

/s/ Brian Morgan
---
Assistant United States attorney

Approved:

[signature] Date: 11/4/2022

Dabney L Friedrich

United States District Judge