# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-108 |
| NARAYANA RHEINER, | ) |
| | ) Judge: Friedrich |
| | ) |
| Defendant. | ) Sentencing Date: March 16, 2023 |

## DEFENDANT DOMINIC BOX CONSENT MOTION TO CONTINUE STATUS CONFERENCE

COMES NOW Narayana Rheiner, through undersigned counsel, and requests a continuance of the sentencing scheduled for March 16, 2023, with the partial consent of the government, stating as follows:

1. Defendant is scheduled to be sentenced on one count of civil disorder in violation of 18 U.S.C. § 231(a)(3), on March 16, 2023. The preliminary presentence report was finalized February 9, 2023.

2. Undersigned counsel is currently in the last week of a jury trial before Judge Mehta that began February 3, 2023: <u>United States v. Sandra Parker et al.</u>, 21-CR-28. This six-codefendant matter, one of the January 6th Oathkeepers trial, has been sitting five days a week during business hours. The trial is scheduled to finalize and be submitted to the jury later this week. Undersigned counsel is in the process of making arrangements to meet with Mr. Rheiner at the jail to review the Presentence

1

Report with Mr. Rheiner in the next week if possible.

3. In addition, in speaking to Mr. Rheiner, he has indicated that his release date will be on or about April 17, 2023, and that he will be released from the jail to be placed in an inpatient treatment program. Undersigned counsel is intending to obtain further information on this possibility and/or provide the court with independent support of Mr. Rheiner's assertions and provide it to the court, as well as confirming his actual official date release with the jail.

4. Undersigned counsel has communicated with AUSA Brian Morgan, who indicates that the government does not oppose this motion due to the need to review the PSR with Mr. Rheiner. However, it takes no position on the request for a continuance based upon any drug treatment coordination.

5. The parties have discussed a new conference date, and, if it is rescheduled, the parties are available any date in April prior to April 14th except for the afternoon of April 7th. If those dates do not work, the parties can find a date that is mutually available.

WHEREFORE, the defendant requests the court to vacate the current sentencing date of March 16, 2023, and to set a new sentencing date in early April as discussed above, or to any other date available to the parties and this Honorable Court, and for any other relief this court deems proper.

Respectfully submitted,

NARAYANA RHEINER
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Narayana Rheiner
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

**Certificate of Service**

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 8th day of March, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Narayana Rheiner
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com