### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-108 |
| NARAYANA RHEINER, | ) |
| | ) Judge: Friedrich |
| | ) |
| Defendant. | ) Sentencing Date: March 16, 2023 |

## ORDER

Upon consideration of Defendant's Consent Motion to Continue Sentencing, it is, this day of _____ day of March, 2023, hereby

ORDERED, that defendant's motion is GRANTED; it is further

ORDERED, that the Sentencing is rescheduled to _____, 2023, at _____ a.m./p.m. ;

SO ORDERED.

_____
Honorable Dabney L. Friedrich
United States District Court Judge