IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIM NO. 22-CR-108 |
| NARAYANA RHEINER, | ) |
| | ) Judge: Friedrich |
| | ) |
| Defendant. | ) Sentencing Date: May 30, 2023 |

### DEFENDANT NARAYANA RHEINER'S UNOPPOSED MOTION TO CONTINUE SENTENCING

COMES NOW Narayana Rheiner, through undersigned counsel, and requests a continuance of the sentencing scheduled for May 30, 2023, stating as follows:

1. Defendant is scheduled to be sentenced on one count of civil disorder in violation of 18 U.S.C. § 231(a)(3), on May 30, 2023. The court has ordered that the sentencing occur in person.

2. Mr. Rheiner is currently detained in Anne Arundel County, Maryland. Undersigned counsel has spoken to Mr. Rheiner's case manager at the jail, who indicates that Mr. Rheiner is scheduled to return to court on June 5, 2023. Accordingly, Mr. Rheiner will be detained until then and therefore will be unable to appear in person for the sentencing in this matter.

3.       Prior to the filing of this motion, undersigned counsel has communicated with chambers and government counsel, AUSA Baker. After joint coordination of the parties and the court, it appears that all parties are available to have this matter rescheduled for July 5th at 2:00 p.m.

WHEREFORE, the defendant requests the court to vacate the current sentencing date of May 30, 2023, and to set a new sentencing date of July 5, 2023, at 2:00 p.m..

      Respectfully submitted,

NARAYANA RHEINER
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Narayana Rheiner
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 25th day of March, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Narayana Rheiner
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com