**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **CRIM NO. 22-CR-108** |
| **NARAYANA RHEINER,** | ) | |
| | ) | **Judge: Friedrich** |
| | ) | |
| **Defendant.** | ) | **Sentencing Date: May 30, 2023** |

## <u>ORDER</u>

Upon consideration of Defendant Narayana Rheiner's Unopposed Motion to Continue Sentencing, it is, this day of _____ day of May, 2023, hereby

ORDERED, that defendant's motion is GRANTED; it is further

ORDERED, that the Sentencing is rescheduled to

_____, 2023, at _____ a.m./p.m. ;

SO ORDERED.


_____
Honorable Dabney L. Friedrich
United States District Court Judge