## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 22-CR-108(DLF) |
| ) | |
| NARAYANA RHEINER, ) | |
| ) | |
| Defendant. ) | |

### AMENDED WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:   Anne Arundel County Jail/ Ordnance Road Correctional Center
      600 E Ordnance Road, Glen Burnie, MD 21060

You are directed to make available, **NARAYANA RHEINER**, Ordnance Road Correctional Center, (**FBI #: 99502RBO & DOB: 04/23/1981**), imprisoned and detained by you, to the United States Marshal for the District of Columbia, or an authorized deputy thereof, so that they may produce of said, **NARAYANA RHEINER**, under safe and secure conduct before the District Court of the District of Columbia on or about **JULY 5, 2023** in order for said **NARAYANA RHEINER** to be present for a sentencing hearing on **JULY 5, 2023 at 2:00 PM**, before the Court in the above entitled case. Upon completion of the proceedings and notification to the Marshal's service, said **NARAYANA RHEINER** will be returned to the jurisdiction from whence he came.

_Dabney L. Friedrich_
UNITED STATES DISTRICT JUDGE

Date: May 25, 2023

Executed this writ in the above-entitled case on  P. Marketos
                                                  UNITED STATES MARSHAL

Returned unexecuted    By: J. Chery
                           DEPUTY MARSHAL

Certified as a true copy on  May 26, 2023  ,

Angela Caesar
ANGELA CAESAR, CLERK

DEPUTY CLERK



**ECF DOCUMENT**
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.

ANGELA D. CAESAR, CLERK