UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | Case No. 22-cr-108 (DLF) |
| **NARAYANA RHEINER,** | |
| Defendant. | |

### GOVERNMENT'S NOTICE OF FILING OF VIDEOS PURUSANT TO LOCAL CRIMINAL RULE 49

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on June 28, 2023, via USAFX, relating to the sentencing hearing scheduled for July 5, 2023. As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. A file entitled "Ex 1," which is a time-lapse video of the West Front of the Capitol building on January 6, 2023 between 1:45 p.m. and 2:32 p.m.

2. A file entitled "Ex 2," which is a video of the south side of the West Front of the Capitol building on January 6, 2023 at approximately 2:02 p.m.

3. A file entitled "Ex 3," which is body-worn camera video of Metropolitan Police Department Officer Graziano on January 6, 2023 at 2:02 p.m.

4. A file entitled "Ex 4," which is body-worn camera video of Metropolitan Police Department Officer Parker on January 6, 2023 at 2:04 p.m.

5. A file entitled "Ex 5," which is body-worn camera video of Metropolitan Police Department Officer Parker on January 6, 2023 at 2:04 p.m. at half speed.

6. A file entitled "Ex 6," which is body-worn camera video of Metropolitan Police Department Officer Amen-Ra on January 6, 2023 at 2:50 p.m.

7. A file entitled "Ex 7," which is body-worn camera video of Metropolitan Police Department Officer Brown on January 6, 2023 at 2:51 p.m.

8. A file entitled "Ex 8," which is body-worn camera video of Metropolitan Police Department Officer Johnson on January 6, 2023 at 2:51 p.m.

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

                Respectfully submitted,

                MATTEW M. GRAVES
                UNITED STATES ATTORNEY
                D.C. Bar Number 481052

By:   /s/ *Brian Morgan*
        BRIAN MORGAN
        Trial Attorney
        NY Bar No. 4276804
        601 D Street NW
        Washington, D.C. 20001
        Office: 202-305-3717
        Brian.Morgan@usdoj.gov