NARAYANA RHEINER, Open letter to the court and Mr. John L. Machado 7/1/2023

An Open Letter to THE UNITED STATES OF AMERICA,

My name is Narayana Chandra Rheiner, born in Florida, and raised in Maryland by my grandmother Helen Ruth Herbert. My mother and father both passed away before I was 23 and my grandmother passed away of natural causes when I was 25. I had a unique childhood and was homeschooled prior to being adopted by my grandmother. I was diagnosed with PTSD due to psychological trauma that I developed during my religious schooling that turned out to be a front for a criminal child human trafficking ring for which I was housed in a cage, tortured, and practically starving while I waited for somebody to take me as a laborer for making Kashmir blankets and cobalt batteries, in India which later The CIA raided the organization ISKCON and arrested the guy that took it over. They were charged with multiple counts of murder, racketeering, and human trafficking among other organized criminal activity.

Because of Donald Trump's hardline stance against human trafficking that is why I supported him and why I was in such an emotional state on January 6th. Due to my PTSD at some point after the president's speech, I went with everybody else toward the capitol building where other speakers were supposed to be setting up for the events that day. When I got there to my surprise multiple security parameters had already been breached leaving only one more parameter. I noticed men were standing on top of scaffolding towers that were reserved for news and event staff for the inauguration they had microphones, and they were calling out to the crowd to March forward tunneling everybody in toward a single location. I did not know at first what was going on, I heard what sounded like grenades going off which triggered my PTSD, and I witnessed other protesters being hit with nightsticks by crowd control officers. Prior to the incident, I was in a verbal exchange with one of the police organizers. I stepped up to the line and I was grabbed along with others who were being hit by nightsticks I tried to pull away that is when I was sprayed by Mace, and I proceed to grab the shield that eventually led to the police officer falling. I dropped the shield and retreated to where our militia forces were providing medical services to those of us who were on the front lines so that I could get water and neutralizer for the tear gas because I couldn't see.

I would like to add for the record I would like to apologize for my behavior toward the officer that I had the exchange with.  As for my understanding I thought that the capital building was open to the public here is Bing's response when I asked if the U.S. Capitol was open to the public.

"Yes, the **U.S. Capitol** is open to the public for tours from Monday to Saturday from 8:30 a.m. to 4:30 p.m[1]. However, it is closed on Sundays, Thanksgiving Day, Christmas Day, New Year's Day, and Inauguration Day [1]. The public entrance to the U.S. Capitol is through the U.S. Capitol Visitor Center" -Bing 7/1/2023

By no means am I defending my actions that day or asking to get rewarded for good behavior but not punished for bad behavior or asking for a free pass. I could do 100 good things, but does that make it ok to look over that 1 bad thing? No, that is why I took it upon myself to continue to try and correct my behavior. If anything, it helped me learn more about my own shortcomings and find a way to correct them.

At the time of the January 6th incident a few years back I had gone through a bad divorce that resulted in an 8-year addiction for which I was trying to better myself. I got in trouble in the spring of 2019 and

serve 280 days of pretrial detention. The Court then placed me in a drug diversion program where I successfully completed a 28-day program, a 3.2 program for six months, and a four-month sober living arrangement. Unfortunately, due to the charges that were brought against me during the J6th protest on the last week of my drug diversion program I was arrested, charged, and terminated from their program. I was also placed on academic suspension which I lost my Pell Grant, was unable to pay for my apartment and was fired from my job of 10 years, was evicted, and both of my cars towed away. The court then release me after three weeks and reinstated my probation.

Homeless, with no car, no job, no college, no music equipment, and my business equipment worth thousands and thousands of dollars of T-shirt decals and merchandise went missing… So, I started to use drugs again. Then on March 10th I overdosed and died. 4 Narcan shots to bring me back to life I lost everything. All I could do was try to start over again, I didn't have a job or family.

I started working with peer support to try to get assistance and try to find a place to live and get a job when I found out from the federal pretrial agent Katrina that I had violated my probation because I took a guilty plea, I then turn myself in on September 17th and released with time served on June 6, 2023. The incredible number of about 260 days was a direct result of taking the guilty plea.

While there I took full advantage of all the services that they offered which included counseling and peer support services. I enrolled in Road to Recovery Which is a reentry treatment program that has been working with me. Also, the counseling service that they have is through well-path and I was placed on medication for my PTSD called Effexor.

There is also a range of programs that I took advantage of through the chaplain. The names of those programs are healing scars, men stepping up, and Reentry. Each one of those programs took a month and I've received the certificates for them which will be included in this letter. Those three programs are part of a proven behavioral modification program that is used through court orders in some states to reduce sentences. It has an 85% success rate because the program focuses on the 13 errors of human thinking that cause a person on a daily level to change their behavior and way of thinking. The theory states that by changing one's beliefs a person can change their behavior if they recognize that they cannot allow their emotions to override their actions, they will achieve different results every time. Another program that I took and completed which I have the certificates and will be included is IC3. It was a five-week program, and I also spoke weekly with my counselors and my peer support. I also enclosed a letter from Miss Joyce on behalf of the Road to Recovery on my continuing treatment.

I decided the best action for me since I had relapsed already based on my history would be to enter a methadone maintenance program until I was in a stable living situation with other people that could help me with my recovery.  Mrs. Hughes, Mr. Scofield, and Joyce on the road to recovery are helping me enter a higher level of care. The place I have been accepted in is through a group called Pyramid Walden Sierra out in California MD. As of the writing of this letter, the best course of action it's for them to come to pick me up on the 6th after my court date this 28-day program can be extended up to three months, but I'll see going past two which I've already been to Walden Sierra and graduate. My next step once I'm finished with the 3.1 programs would be to continue to a 3.2 program Which will be no shorter than four months. I'll be required to take IOP once I go onto the 3.2 program and that is a six-month organized group meeting Usually done through telehealth two or three times a week along with a weekly urinalysis. Turn around the recovery I will be taking monthly urinalysis 28-day program in the 3.2 programs weekly urinalysis that has signed a release form so that the courts can have access to it.

The biggest setback for me was not losing everything but having my academic grant program placed on suspension which was the main catalyst me using again. When I was 16 I got my GED and dropped out of high school due to the psychological traumas that I had had prior join my mother at Catonsville Community College where she was not only a student but a librarian she got me a job there she became my best friend my mother for the first time was healthy enough due to the fact that she was born with a disability and where she had a two nonfunctioning kidneys, my father eventually prior to his death gave her one of his kidneys whom my mother was able to relive her childhood again. She graduated and got her psychology and astrology degrees; I was so proud because she got 2 degrees. While working in the computer lab at the library I studied and received my A+ plus certification at the age of 16. I was the youngest person in Maryland at that time from Sylvan Prometric Learning Center. I was also what they would say a child prodigy and received a perfect score out of three of the four Maryland aptitude tests and was the only one that I tested not perfect what's my writing which ironically is one of my favorite things to do now.

My childhood had ended abruptly when my father fell into a coma due to complications from Lyme disease, my mother made the decision to pull the plug and I made the decision to drop out of college and Get married instead of following my dreams my marriage didn't last so long I moved out of state for a few years and was forced to move back when I found out transplants don't last forever and my mother's kidney had failed again we have the same blood type so I came home to try to be a donor for my mother but due to my psychological issues and the time that I spent under control I'm a criminal child smuggling ring they denied me from donating my kidney to my mother as she had a rare blood type be positive that week the doctors had made an error and installing the tubes into my mother's main artery I was she blood out over the course of about two weeks and died of a heart attack by passing a blood clot. Without a family, I didn't really have a purpose I end up marrying again which lasted 17 years and ended in a heroin addiction.

The great news is I only need to complete one more course for my transfer and I'm planning to study aerospace engineering and find an internship with SpaceX or one of their collaborators. Additionally, I'm teaching myself programming, video editing, writing, and other abilities to give me something to rely on when all my legal issues are addressed.

In order to have my Pell Grant and student loans reactivated and my academic probation lifted, I would need to pay for two classes out of my own pocket. Consequently, this is the situation I am in.

Your Honor, I humbly request that you consider my difficult past and my dedication to rectifying my mistakes. I ask that you credit me six months off the start of my sentence for the time I spent at Ordinance Road Correctional Center and the programs I completed there. Furthermore, I respectfully request that you suspend the remaining sentence so I can go through treatment, which will take at least 10 months to complete. The condition of my sentence is that I must finish both the Outpatient and Intensive Outpatient Programs, and I will stay in contact with the Pretrial Probation Office.

Thank You

Narayana C. Rheiner

Notes

"Yes, the **U.S. Capitol** is open to the public for tours from Monday to Saturday from 8:30 a.m. to 4:30 p.m. ³. However, it is closed on Sundays, Thanksgiving Day, Christmas Day, New Year's Day, and Inauguration Day ³. The public entrance to the U.S. Capitol is through the U.S. Capitol Visitor Center ³."

"I hope this helps! Let me know if you have any other questions."

Source: Conversation with Bing, 7/1/2023

(1) Building Access & Hours | United States Capitol Police. https://www.uscp.gov/visiting-capitol-hill/visitor-information/building-access-hours.

(2) . https://bing.com/search?q=is+the+us+capitol+open+to+the+public.

(3) U.S. Capitol Gatehouses and Gateposts. https://www.visitthecapitol.gov/.

(4) US Capitol reopening to public with limited tours after COVID-19 .... https://www.foxnews.com/lifestyle/us-capitol-reopening-public-limited-tours-covid-19-closure.

(5) U.S. Capitol to Reopen to the Public for the First Time in 2 Years. https://people.com/politics/us-capitol-reopen-public-first-time-2-years/.

(6) Hours & Info | U.S. Capitol - Visitor Center. https://www.visitthecapitol.gov/hours-info.