AO 83 (Rev. 06/09; DC 3/2010) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Narayana Rheiner | ) Case No. CR 22-108 |
| Defendant | ) |

DOB: _____

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☒ Order of Court

Place: United States District Court
333 Constitution Avenue, NW
Washington, DC 20001

Courtroom No.: 14

Date and Time: 07/05/2023 2:00 pm

This offense is briefly described as follows:

Defendant is to appear for his sentencing on Wednesday, July 5 in courtroom 14 before Judge Dabney Friedrich.

Date: 6/23/2023

ANGELA D. CAESAR, Clerk
BY: _____
*Issuing officer's signature*

Jonathan C. Hopkins, Courtroom Deputy Clerk
*Printed name and title*

---

I declare under penalty of perjury that I have:

☒ Executed and returned this summons       ☐ Returned this summons unexecuted

Date: 6/14/2023

_____
*Server's signature*

David Fros... USM
*Printed name and title*

RECEIVED
JUN 14 2023
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

AO 83 (Rev 06/09; DC 3/2010) Summons in a Criminal Case (Page 2)

Case No. CR 22-108

**This second page contains personal identifiers and therefore should not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

### INFORMATION FOR SERVICE

Name of defendant/offender:   NARAYANA RHEINER

Last known residence:

Usual place of abode *(if different from residence address)*:

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process:

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States:

---

### PROOF OF SERVICE

This summons was received by me on *(date)*   06/14/2023

☒ I personally served the summons on this defendant   Narayana Rheiner   at *(place)*   on *(date)*   06/14/23   ; or

☐ On *(date)*   I left the summons at the individual's residence or usual place of abode with *(name)*   , a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to *(name of individual)*   who is authorized to receive service of process on behalf of *(name of organization)*   on *(date)*   and I mailed a copy to the organizations's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because:

I declare under penalty of perjury that this information is true.

Date returned:   06/24/2023

Server's signature

David Frost   DUSM
*Printed name and title*

Remarks: