# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA     ) | |
|                              ) | |
| v.                            ) | |
|                              ) | CRIM NO. 22-CR-108 |
| NARAYANA RHEINER,             ) | |
|                              ) | Judge: Friedrich |
|                              ) | |
| Defendant.                    ) | Sentencing Date: May 30, 2023 |

### DEFENDANT NARAYANA RHEINER'S RESPONSE TO SHOW CAUSE MINUTE ORDER OF SEPTEMBER 29, 2023

COMES NOW Narayana Rheiner, through undersigned counsel, and responds to the show cause order of October 29, 2023 as follows:

1. As represented by Pretrial Services Officer Katrina Stanford in her Pretrial Services Agency for the District of Columbia Memorandum Status Report (Dkt. 44), undersigned counsel indicated that he did not currently know the whereabouts of his client. Furthermore, undersigned counsel indicated that in his most recent communication with Mr. Rheiner, which occurred two (2) days prior to his reporting date to FCI Loretto, Mr. Rheiner indicated that he was potentially having difficulty in arriving to his report time and location. This was due to the fact that the individual who was helping support Mr. Rheiner and who would potentially provide him with transportation was unavailable to bring Mr. Rheiner at that reporting date

1

and time scheduled.

2.     Undersigned counsel has not had any additional communication with the defendant since that date and has no additional representation as to Mr. Rheiner's whereabouts.

3.     Mr. Rheiner has, in counsel's experience, had very limited financial funds available to him, which makes the fact that Mr. Rheiner had absolutely no financial means to arrive at the location in Pennsylvania on his own very credible.

4.     In the meantime, undersigned counsel has also heard via email from Officer Marcelino Trejo from the U.S. Marshals, PC Prisoner Coordination, who has informed the parties that Mr. Rheiner was never booked by the U.S. Marshals Services, and therefore would not be able to self-surrender. Officer Trejo indicated that Mr. Rheiner would not be able to be able to self-surrender since there are no pictures or fingerprints of him to send to the Bureau of Prisons. This determination was questioned by Sondra Rhodes, U.S. Probation Officer for the District of Columbia, but Officer Trejo apparently confirmed to the contrary by printing out computer records. A copy of these email exchanges is included as Exhibit A.

5.     Because of this potential issue, it is uncertain as to whether Mr. Rheiner's failure to report to FCI Loretto to date is due to his own actions or due to an administrative oversight that prevents him from being able to report.

6.      Given the current lack of communication with Mr. Rheiner and the uncertainty of whether Mr. Rheiner would have been able to self-surrender, undersigned counsel would respectfully request for the show cause be continued for thirty (30) days to attempt to locate and/or communicate with Mr. Rheiner and assure he gets processed and able to report to FCI Loretto.

    Respectfully submitted,

NARAYANA RHEINER
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Narayana Rheiner
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 2nd day of October, 2023, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Narayana Rheiner
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com