John Machado <johnlmachado@gmail.com>

---

## RHEINER, Narayana - Reg # 89106-509
8 messages

---

**Trejo, Marcelino (USMS)** <Marcelino.Trejo@usdoj.gov>   Fri, Sep 29, 2023 at 3:53 PM
To: Ruth Harvell <Ruth_Harvell@dcp.uscourts.gov>
Cc: Charlene Andrews <Charlene.Andrews@psa.gov>, "takeysha.robinson_psa.gov" <takeysha.robinson@psa.gov>, Phillippa Bradley <phillippa.bradley@psa.gov>, DCD-PC <DCD-PC@usdoj.gov>, "johnlmachado_gmail.com" <johnlmachado@gmail.com>, "Morgan, Brian (CRM)" <Brian.Morgan@usdoj.gov>

Good afternoon,

I believe this individual needs to be booked, before she can self-surrender , as of today she has not reported to BOP, my guess is that because she was not booked by USMS.

Please reach out to her so she can get booked by USMS

VR

Marcelino Trejo

202-740-3712 Cell

202-772-0373 and 202 772 0366 PC Prisoner Coordination

U.S. Marshals Service-District Court D.C.

**333 Constitution Ave., NW**

**Washington, DC 20001**



---

John Machado <johnlmachado@gmail.com>   Fri, Sep 29, 2023 at 4:01 PM

To: "Trejo, Marcelino (USMS)" <Marcelino.Trejo@usdoj.gov>
Cc: Ruth Harvell <Ruth_Harvell@dcp.uscourts.gov>, Charlene Andrews <Charlene.Andrews@psa.gov>, "takeysha.robinson_psa.gov" <takeysha.robinson@psa.gov>, Phillippa Bradley <phillippa.bradley@psa.gov>, DCD-PC <DCD-PC@usdoj.gov>, "Morgan, Brian (CRM)" <Brian.Morgan@usdoj.gov>

I will let you know if/when I hear from him (note: he is male).

He is a man of very limited means, so what would be the easiest way to make that happen, particularly if he is at the location already and did not let him in.

I have not heard from him, but if I do, please provide me with instructions I can provide to him so that we can make this happen.
[Quoted text hidden]
--
Law Office of John Machado
503 D Street, NW
Suite 310
Washington, DC 20001
Office: (703)989-0840
johnlmachado@gmail.com

This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**2 attachments**


**image001.png**
30K


**image001.png**
30K

---

**Trejo, Marcelino (USMS)** <Marcelino.Trejo@usdoj.gov>                                      Fri, Sep 29, 2023 at 4:11 PM
To: John Machado <johnlmachado@gmail.com>

Good afternoon

Most likely they won't be able to take him in since there is no picture or fingerprints for us to send to BOP.

It would be best if he is in the area to come to D/DC courthouse and get processed in the cellblock and then he can get a need surrender date.

VR

Marcelino Trejo

202-740-3712 Cell

202-772-0373 and 202 772 0366 PC Prisoner Coordination

U.S. Marshals Service-District Court D.C.

333 Constitution Ave., NW

Washington, DC 20001



[Quoted text hidden]

---

**Sondra Rhodes** <Sondra_Rhodes@dcp.uscourts.gov>  Sat, Sep 30, 2023 at 5:14 PM
To: "johnlmachado_gmail.com" <johnlmachado@gmail.com>, "Marcelino.Trejo@usdoj.govp" <Marcelino.Trejo@usdoj.govp>, "Charlene.Andrews@psa.gov" <Charlene.Andrews@psa.gov>, "phillippa.bradley@psa.gov" <phillippa.bradley@psa.gov>, "takeysha.robinson_psa.gov" <takeysha.robinson@psa.gov>, DCD-PC <DCD-PC@usdoj.gov>
Cc: Ruth Harvell <Ruth_Harvell@dcp.uscourts.gov>


Please be advised that BOP designated Mr. Rheiner to report on September 27, 2023, to FCI Loretto. He would not have been designated if he had not been processed on the District Court matter. Mr. Rheiner is currently in violation of his bond release. He should be instructed by his counsel to immediately report to the designated institution unless a request to extend his report date is made by counsel or a request for a warrant will be requested. If there are any questions or concerns, please feel free to contact me directly. Thanks


*Sondrá A. Rhodes*

*Supervisory United States Probation Officer*

*United States Probation Officer for the District of Columbia*

*333 Constitution Ave., NW, Room 2214*

*Washington, DC 20001*

*(Ofc) 202-565-1349*

*(Mobile) 202-870-0937*

*(Fax) 202-791-8455*

*Sondra_Rhodes@dcp.uscourts.gov*

**From:** John Machado <johnlmachado@gmail.com>
**Sent:** Friday, September 29, 2023 4:02 PM
**To:** Trejo, Marcelino (USMS) <Marcelino.Trejo@usdoj.gov>
**Cc:** Ruth Harvell <Ruth_Harvell@dcp.uscourts.gov>; Charlene Andrews <Charlene.Andrews@psa.gov>; takeysha.robinson_psa.gov <takeysha.robinson@psa.gov>; Phillippa Bradley <phillippa.bradley@psa.gov>; DCD-PC <DCD-PC@usdoj.gov>; Morgan, Brian (CRM) <Brian.Morgan@usdoj.gov>
**Subject:** Re: RHEINER, Narayana - Reg # 89106-509

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

**John Machado** <johnlmachado@gmail.com>                                              Sat, Sep 30, 2023 at 6:51 PM
To: Sondra Rhodes <Sondra_Rhodes@dcp.uscourts.gov>
Cc: "Marcelino.Trejo@usdoj.govp" <Marcelino.Trejo@usdoj.govp>, "Charlene.Andrews@psa.gov" <Charlene.Andrews@psa.gov>, "phillippa.bradley@psa.gov" <phillippa.bradley@psa.gov>, "takeysha.robinson_psa.gov" <takeysha.robinson@psa.gov>, DCD-PC <DCD-PC@usdoj.gov>, Ruth Harvell <Ruth_Harvell@dcp.uscourts.gov>

I have not heard from Mr. Rheiner yet, but Officer Trejo, can you please confirm that Mr. Rheiner does not need to come down to DC and be processed?

Thanks,

John Machado

[Quoted text hidden]

---

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>                              Sat, Sep 30, 2023 at 6:51 PM
To: johnlmachado@gmail.com



### Address not found

Your message wasn't delivered to **Marcelino.Trejo@usdoj.govp** because the domain usdoj.govp couldn't be found. Check for typos or unnecessary spaces and try again.

**LEARN MORE**

The response was:

```
DNS Error: DNS type 'mx' lookup of usdoj.govp responded with code NXDOMAIN Domain name not found:
usdoj.govp Learn more at https://support.google.com/mail/?p=BadRcptDomain
```

Final-Recipient: rfc822; Marcelino.Trejo@usdoj.govp
Action: failed
Status: 5.1.2
Diagnostic-Code: smtp; DNS Error: DNS type 'mx' lookup of usdoj.govp responded with code NXDOMAIN Domain name not found: usdoj.govp Learn more at https://support.google.com/mail/?p=BadRcptDomain
Last-Attempt-Date: Sat, 30 Sep 2023 15:51:28 -0700 (PDT)

---------- Forwarded message ----------
From: John Machado <johnlmachado@gmail.com>
To: Sondra Rhodes <Sondra_Rhodes@dcp.uscourts.gov>
Cc: "Marcelino.Trejo@usdoj.govp" <Marcelino.Trejo@usdoj.govp>, "Charlene.Andrews@psa.gov" <Charlene.Andrews@psa.gov>, "phillippa.bradley@psa.gov" <phillippa.bradley@psa.gov>, "takeysha.robinson_psa.gov" <takeysha.robinson@psa.gov>, DCD-PC <DCD-PC@usdoj.gov>, Ruth Harvell <Ruth_Harvell@dcp.uscourts.gov>
Bcc:
Date: Sat, 30 Sep 2023 18:51:16 -0400
Subject: Re: RHEINER, Narayana - Reg # 89106-509
----- Message truncated -----

---

**Trejo, Marcelino (USMS)** <Marcelino.Trejo@usdoj.gov>　　　　　　　　　　　　　　　Mon, Oct 2, 2023 at 9:58 AM
To: Sondra Rhodes <Sondra_Rhodes@dcp.uscourts.gov>, "johnlmachado_gmail.com" <johnlmachado@gmail.com>, "Marcelino.Trejo@usdoj.govp" <Marcelino.Trejo@usdoj.govp>, "Charlene.Andrews@psa.gov" <Charlene.Andrews@psa.gov>, "phillippa.bradley@psa.gov" <phillippa.bradley@psa.gov>, "takeysha.robinson_psa.gov" <takeysha.robinson@psa.gov>, DCD-PC <DCD-PC@usdoj.gov>
Cc: Ruth Harvell <Ruth_Harvell@dcp.uscourts.gov>

Good morning

The profile we have on him doesn't show a picture or indication that his fingerprints wherever taken.

The name is unique, so I doubt there two profiles on him, not sure how he was designated.

[Quoted text hidden]



**Rhenier.PNG**
36K

---

**Sondra Rhodes** <Sondra_Rhodes@dcp.uscourts.gov>　　　　　　　　　　　　　　　Mon, Oct 2, 2023 at 12:53 PM
To: "johnlmachado_gmail.com" <johnlmachado@gmail.com>
Cc: "Marcelino.Trejo@usdoj.govp" <Marcelino.Trejo@usdoj.govp>, "Charlene.Andrews@psa.gov" <Charlene.Andrews@psa.gov>, "phillippa.bradley@psa.gov" <phillippa.bradley@psa.gov>, "takeysha.robinson_psa.gov" <takeysha.robinson@psa.gov>, DCD-PC <DCD-PC@usdoj.gov>, Ruth Harvell <Ruth_Harvell@dcp.uscourts.gov>

Please be advised that we will advise the Court of Mr. Rheiner failure to report as designated. The issue with processing is unclear; however, it does not negate that he was directed to report as designated for September 27, 2023.

[Quoted text hidden]
[Quoted text hidden]
[Quoted text hidden]

> [Quoted text hidden]
> [Quoted text hidden]

--

Law Office of John Machado

503 D Street, NW

Suite 310

Washington, DC 20001

Office: (703)989-0840

johnlmachado@gmail.com


This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


--

Law Office of John Machado

503 D Street, NW

Suite 310

Washington, DC 20001

Office: (703)989-0840

johnlmachado@gmail.com


This message (including any attachments) is intended only for the use of the individual or entity to which it is addressed and may contain information that is non-public, proprietary, privileged, confidential, and exempt from disclosure under applicable law or may constitute as attorney work product. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, notify us immediately by telephone and (i) destroy this message if a facsimile or (ii) delete this message immediately if this is an electronic communication. Thank you.
[Quoted text hidden]